UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SARAH E. DAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:21-cv-00179-TWP-DLP |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sarah E. Day, by counsel, hereby notifies the Court of her dismissal of the above-captioned action with prejudice, the parties to the action to bear their own costs and fees.

Respectfully submitted:

RILEYCATE, LLC

/s/ *Russell B. Cate*
Russell B. Cate, Atty. No. 27056-29
William N. Riley, Atty. No. 14941-49
11 Municipal Drive, Suite 320
Fishers, Indiana 46038
Telephone: (317) 588-2866
Fax: (317) 458-1785
Email: rcate@rileycate.com
wriley@rileycate.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Rachana N. Fischer, Rachana.Fischer@usdoj.gov
Assistant United States Attorney
Office of the United States Attorney

/s/ *Russell B. Cate*
Russell B. Cate

**RILEYCATE, LLC**
11 Municipal Drive, Suite 320
Fishers, Indiana 46038